UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
THOMAS BLAIR,

                                Plaintiff,                    **ORDER**

        -against-                                    17 Civ. 8455 (JCM)

ALBERT MOLINARI,

                                Defendant.
---------------------------------------------------------X

    During a telephone conference on February 10, 2020, this Court scheduled a telephone conference for April 13, 2020 at 11:00 a.m. Counsel for defendant did not appear at the April 13, 2020 conference, nor did she contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference.

    Accordingly, counsel for defendant shall submit a letter to the Court by close of business April 17, 2020 explaining in writing her failure to appear on April 13, 2020. Furthermore, all counsel shall participate in a telephone conference on June 12, 2020 at 10:00 a.m. Counsel shall have all parties on the line before contacting Chambers.

Dated:    April 13, 2020
               White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge