**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
THOMAS BLAIR,

                        Plaintiff,                   **SCHEDULING ORDER**

   -against-                               17 Civ. 8455 (JCM)

ALBERT MOLINARI,

                        Defendant.
--------------------------------------------------------X

TO ALL PARTIES:

The conference scheduled for June 12, 2020 at 10:00 a.m. before the undersigned will be conducted via AT&T Teleconferencing Service. Counsel shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 877-873-8017
    <u>Access Code</u>: 4264138

Dated:  May 27, 2020
           White Plains, New York

                                          **SO ORDERED:**

                                          _____
                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge