UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THOMAS BLAIR,

<table>
<tr><td>Plaintiff,</td><td>**ORDER**</td></tr>
<tr><td>-against-</td><td>17 Civ. 8455 (JCM)</td></tr>
</table>

ALBERT MOLINARI,

Defendant.
-------------------------------------------------------X

The parties are directed to provide an update regarding the status of the above-captioned

case by January 15, 2021.

Dated:    January 5, 2021
          White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge