UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS BLAIR,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　– against –<br><br>ALBERT MOLINARI<br><br>　　　　　　　　　　Defendant. | Case No.: 7:17-cv-8455 |

## ORDER

The Court having considered the Motion filed by Thomas Blair, pursuant to Federal Rule Civil Procedure 25(a)(1), for an order substituting P.J. Keeler Columbia Co. Treasurer, as Personal Representative of the Estate of Albert Molinari, for Albert Molinari as Defendant in this action, and for conforming change in the caption of the action, it is hereby

**Ordered** that P.J. Keeler Columbia Co. Treasurer, as Personal Representative of the Estate of Albert Molinari, shall be substituted for Albert Molinari as Defendant in the action; and it is hereby

**Ordered** that the caption of the case shall be amended to *Thomas Blair v. P.J. Keeler Columbia Co. Treasurer, Individually and on Behalf of the Estate of Albert Molinari.*

　　　Done on this  21 day of   April   ,  2021  .

　　　　　　　　　　　　　　　　　　　　　　　_Judith C. McCarthy_
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge